IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TIFFANY MONTGOMERY,**<br>8181 Robinson Jefferson Dr., Apt. 106<br>Elkridge, MD 21075<br><br>    Plaintiff,<br><br>v.<br><br>**DONALD J. TRUMP,** in his official capacity as President of the United States,<br>1600 Pennsylvania Ave. NW Washington, D.C. 20500<br><br>**UNITED STATES DEPARTMENT OF JUSTICE,**<br>950 Pennsylvania Avenue NW Washington, D.C. 20530<br><br><br>**PAMELA J. BONDI,** in her official capacity as United States Attorney General,<br>950 Pennsylvania Avenue NW Washington, D.C. 20530<br>**JEANINE F. PIRRO,** in her official capacity as United States Attorney for the District of Columbia,<br>601 D Street, NW<br>Washington, DC<br><br>**United States Attorney's Office for the District of Columbia,**<br>601 D Street, NW<br>Washington, DC<br><br>    Defendants | Civil Action No. _____<br><br>Case: 1:25-cv-04415<br>Assigned To : Friedrich, Dabney L.<br>Assign. Date : 12/18/2025<br>Description: Pro Se Gen. Civ. (F-DECK) |

**RECEIVED**

DEC 1 8 2025


Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

PRO SE PETITION FOR WRIT OF MANDAMUS

AND COMPLAINT FOR AGENCY ACTION

UNLAWFULLY WITHHELD

AND COMPLAINT FOR DECLARATORY RELIEF

1. For the past few years, Plaintiff has been assisting United States Congress and other federal authorities in the matter of systemic corruption in DC Government.

2. Defendant United States Attorney's Office for the District of Columbia has been contacted by various government officials and/or private citizens to report criminal conduct of employees of the Government of the District of Columbia, and Defendant has unlawfully ignored the complaints and has refused to acknowledge the complaints and/or provide any response or even acknowledgement.

3. Defendant United States Attorney's Office for the District of Columbia is aware of the systemic corruption in Government of the District of Columbia, but it is inappropriately acting politically and/or is otherwise unlawfully withholding action concerning the criminal conduct of DC Government officials.

4. Defendant United States Attorney's Office for the District of Columbia is mismanaged and fails to properly document complaints made about DC Government officials, whether from law enforcement (such as DC Metropolitan Police Department), other government officials (such as Council of the District of Columbia), or members of the public. Defendant Jeanine Pirro, the US Attorney for the District of Columbia publicly admitted that her office was mismanaged and neglected.

5. Defendant United States Attorney's Office for the District of Columbia has a documented history of cowering to public pressure or from public accusations of racism made by DC Government employees.

6. The Chief of the Fraud, Public Corruption, and Civil Rights Section Jon Hooks at Defendant United States Attorney's Office for the District of Columbia repeatedly claimed to Plaintiff that his office is underfunded and short-staffed, and did so both under the Biden and (current) Trump administrations. Chief Hooks claimed that "very limited resources" prevented his office from fulfilling its mandates such as investigating complaints made by DC Metropolitan Police Department, or other government agencies, concerning criminal conduct of DC Government officials.

7. Even when confronted the fact that two DC Superior Court judges confirmed that DC Government officials engaged in criminal conduct and frauds on the court, Mr. Hooks apologized to Plaintiff and claimed that "[Defendant United States Attorney's Office for the District of Columbia] can't help [Plaintiff]." Moreover, Chief Hooks claimed that he is "not permitted to contact legislators" when confronted with the fact that DC Council Committee on Executive Administration & Labor Director of Policy and Communication Kevin Chavous reported that he did not hear back from the Defendant United States Attorney's Office for the District of Columbia after he contacted that Defendant to report the perjury committed by DC Inspector General Daniel Lucas.

8. Plaintiff sought counsel from the US Attorney's Office in Maryland as well as other federal authorities concerning Chief Hooks' claims and Defendant United States Attorney's Office for the District of Columbia refusal to act on behalf to the public interest and the criminal retaliation she suffered at the hands of corrupt DC Government officials (which at least two federal agencies recommended prosecution by Defendant). Plaintiff has been advised that Defendant's inactions and actions are inappropriate and that the statements made by Chief Hooks are not accurate. As of today's date, Defendant US Attorney's Office lists Mr. Hooks as the Chief of Public Corruption. See "exhibit 1" which is a printout of Defendant's website (available at: https://www.justice.gov/usao-dc/fraud-public-corruption-and-civil-rights-section) as of today's date.

9. Plaintiff has been seriously harmed by the unlawful actions and inactions of Defendant United States Attorney's Office for the District of Columbia, which appears to be inappropriately behaving as defense counsel for corrupt high level DC Government officials. In fact, Defendant United States Attorney's Office for the District of Columbia unlawful and inappropriate inactions and actions cause a risk to public safety not just in the District of Columbia, but the national interest.

## JURISDICTION AND VENUE

10. This Court has jurisdiction under 28 U.S.C. § 1361, 28 U.S.C. § 1331, and 5 U.S.C. § 706(1).

11. There is a controversy under the Constitution and the laws of the United States of America, including section 740 of the District of Columbia Self-Government and Governmental Reorganization Act (Public Law 93-198), as amended (section 740 of the Home Rule Act), and section 301 of title 3, United States Code that gives Defendant Donald Trump as President of the United States authority and obligation to act in the

public interest and to fulfill his oath of office, which includes serving Plaintiff as a private citizen.

12. Venue is proper in this District under 28 U.S.C. § 1391(e) because the Defendants are federal officers and agencies performing official duties within the District of Columbia, and are sued in their official capacities. A substantial part of the events or omissions giving rise to this Complaint occurred and continue to occur in the District.

## PARTIES

13. Plaintiff is a private citizen. Since about 2020, Plaintiff has been assisting federal authorities including various government agencies and United States Congress (including but not limited to the United States House of Representatives and U.S. Committee on Homeland Security & Governmental Affairs) concerning the systemic corruption of the Government of the District of Columbia (which formerly employed Plaintiff).

14. Defendant Donald J. Trump is the President of the United States. Defendant is constitutionally required to declare a state of emergency. While some members of Congress have been working to address the systemic corruption in DC Government (such as the BOWSER Act which was introduced by Rep. Andy Ogles and Senator Mike Lee), the corrupt officials at DC Government remain in power, and in fact act corruptly in order to conceal and continue their fraudulent conduct.

15. Defendant United States Department of Justice (DOJ) is a cabinet agency in the Executive Branch of the federal government and is an agency within the meaning of 5 U.S.C. § 552(f). DOJ is headquartered in Washington, D.C.

16. Defendant Pamela J. Bondi is the Attorney General of the United States. Attorney General Bondi is responsible for all aspects of the operation and management of DOJ, including implementing and fulfilling DOJ's duties under the Constitution and statutory law. She is sued in her official capacity.

17. Defendant United States Department of Justice is required by law to ensure that Defendant US Attorney's Office for the District of Columbia governs itself accordingly. Defendant United States Department of Justice solicited and received information concerning potentially criminal violations of New York Attorney General Leticia James through Defendant's representative Edward Martin (who was at one point interim US Attorney); it appears that Mr. Martin failed to act on or share the information despite the

fact that Plaintiff provided proof of impropriety between James and then DC Attorney General Karl Racine. Mr. Racine was illegally employed in the private sector while he served as the District's attorney general, which is most likely a criminal violation. Plaintiff has provided documentary evidence to Congress concerning the Racine matter. Defendants United States Department of Justice and US Attorney's Office for the District of Columbia are intimately aware of systemic corruption in DC Government, which has led to many felony convictions.

18. Defendant Jeanine Pirro is the United States Attorney for the District of Columbia, sued in her official capacity only. Defendant Pirro is most likely unaware of the complex history of the systemic corruption of the District of Columbia which remains pervasive to this day.

## LEGAL FRAMEWORK

### A. Establishment of the Board of Ethics and Government Accountability (BEGA)

19. In response to three DC Council members being convicted of multiple felony violations around year 2012, then DC Mayor Vince Gray established BEGA and hired his personal attorney, Robert J. Spagnoletti, as its inaugural chairman. Gray hired convicted felon Darrin Sobin as BEGA's first Director of Government Ethics, despite the fact that Sobin had a documented history of serious abuse of public office when he was the "ethics counselor" at the DC Office of the Attorney General. Gray was himself the subject of a criminal probe by the Defendant US Attorney's Office and 12 of Gray's associates were convicted of campaign finance fraud associated with Gray's mayoral campaign. Gray accused Defendant US Attorney's Office of targeting for being black, causing then US Attorney Vincent Cohen to publicly deny the accusation "racism" given that Mr. Cohen, his boss Eric Holder (then US Attorney General), and President Barack Obama were also black. Defendant US Attorney's Office cowered to the false accusations of racism and public demand that it dismiss the investigation into Gray.

20. Both Spagnoletti and convicted felon Darrin Sobin are presently executives at DC Bar. DC Mayor Muriel Bowser has illegally and repeatedly hired Sobin as a BEGA board member. Code of the District of Columbia § 1–1162.03 (6) prohibits the appointment of any person with a felony conviction to BEGA as a board member. Darrin Sobin has at least six felony convictions from two different courts. Convicted felon Sobin, BEGA's then general counsel Rashee Raj, the DC Attorney General under corrupt Karl Racine, conspired with DC Bar to harass and intimidate Plaintiff for exposing Sobin's felony convictions while Plaintiff had an active whistleblower lawsuit in DC Superior Court by making an antisemitic attack on Plaintiff through a cease and desist letter sent on the Jewish sabbath. See "exhibit 2" which is the threatening letter Plaintiff received from DC Bar; and

5

"exhibit 3" which is Plaintiff's response to DC Bar after consulting with Congress about the unlawful threat from DC Bar on behalf of convicted felon Darrin Sobin.

21. Plaintiff has met with legal counsels of Chairman of the House Committee on Oversight and Accountability James Comer after she presented evidence to Congressman Byron Donalds of fraud on the court and criminal retaliation and witness intimidations committed by corrupt DC Government officials. Among other things, Chairman Comer's staff verified that DC Mayor Muriel Bowser illegally and repeatedly hired a convicted felon as the government's ethics expert.

22. Every single one of the BEGA board members was fraudulently appointed by Mayor Bowser and DC Council. Plaintiff has provided details to Congress as well as the new DC Attorney General Brian Schwalb, who has failed to act. For example, BEGA board member Felice Smith misrepresented her legal qualifications when she was initially hired by Mayor Bowser in May, 2019. Smith did not become a duly qualified licensed attorney in DC until December of 2023; Plaintiff repeatedly notified the DC Office of the Inspector General (DC OIG) which not only obstructed the complaint, but DC OIG falsified and destroyed government records to omit the documentation from the DC Court of Appeals, and falsified the name of the subject to Felecia Smith (the identity of a licensed DC Attorney who does not work for DC Government). See "exhibit 4" which is the confirmation email from the DC Court of Appeals; and "exhibit 5" which is the falsified record of the DC OIG concerning the Felice Smith complaint.

23. The DC Attorney General's Office under Brian Schwalb has acknowledged that BEGA and the DC Office of the Inspector General have engaged in criminal conduct but claim that the onus is on the Defendant US Attorney's Office to act since federal crimes (such as perjury and falsification of government records) have been committed. It is alleged that Mr. Schwalb was at one point business partners with Karl Racine through a private law firm.

**B.    Home Rule in the District of Columbia**

24. The Constitution vests Congress with the authority "[t]o exercise exclusive Legislation in all Cases whatsoever, over [the District of Columbia]." U.S. Const. art. I, § 8, cl. 17. The Framers granted Congress this "exclusive" authority to make clear that other states—including but not limited to those that ceded land to create the capital—would not interfere with or attempt to regulate the nation's seat of government.

"exhibit 3" which is Plaintiff's response to DC Bar after consulting with Congress about the unlawful threat from DC Bar on behalf of convicted felon Darrin Sobin.

21. Plaintiff has met with legal counsels of Chairman of the House Committee on Oversight and Accountability James Comer after she presented evidence to Congressman Byron Donalds of fraud on the court and criminal retaliation and witness intimidations committed by corrupt DC Government officials. Among other things, Chairman Comer's staff verified that DC Mayor Muriel Bowser illegally and repeatedly hired a convicted felon as the government's ethics expert.

22. Every single one of the BEGA board members was fraudulently appointed by Mayor Bowser and DC Council. Plaintiff has provided details to Congress as well as the new DC Attorney General Brian Schwalb, who has failed to act. For example, BEGA board member Felice Smith misrepresented her legal qualifications when she was initially hired by Mayor Bowser in May, 2019. Smith did not become a duly qualified licensed attorney in DC until December of 2023; Plaintiff repeatedly notified the DC Office of the Inspector General (DC OIG) which not only obstructed the complaint, but DC OIG falsified and destroyed government records to omit the documentation from the DC Court of Appeals, and falsified the name of the subject to Felecia Smith (the identity of a licensed DC Attorney who does not work for DC Government). See "exhibit 4" which is the confirmation email from the DC Court of Appeals; and "exhibit 5" which is the falsified record of the DC OIG concerning the Felice Smith complaint.

23. The DC Attorney General's Office under Brian Schwalb has acknowledged that BEGA and the DC Office of the Inspector General have engaged in criminal conduct but claim that the onus is on the Defendant US Attorney's Office to act since federal crimes (such as perjury and falsification of government records) have been committed. It is alleged that Mr. Schwalb was at one point business partners with Karl Racine through a private law firm.

**B.    Home Rule in the District of Columbia**

24. The Constitution vests Congress with the authority "[t]o exercise exclusive Legislation in all Cases whatsoever, over [the District of Columbia]." U.S. Const. art. I, § 8, cl. 17. The Framers granted Congress this "exclusive" authority to make clear that other states—including but not limited to those that ceded land to create the capital—would not interfere with or attempt to regulate the nation's seat of government.

25. Plaintiff is a private citizen proceeding pro se who submitted a formal request to the United States Attorney for the District of Columbia seeking initiation of a quo warranto proceeding under D.C. Code §§ 16-3501 et seq. Plaintiff is a whistleblower assisting federal authorities, including United States Congress, in the matter of systemic corruption in DC Government.

26. Public Corruptions Chief Hooks claimed not to know what a Quo Warranto is. And Defendants Pirro and US Attorney's Office have otherwise failed to provide a response or any acknowledgement of Plaintiff's requests concerning the Quo Warranto.

## FACTUAL ALLEGATIONS

27. Several high level DC Government employees have been appointed by DC Mayor and/or Council through fraud, such as all BEGA board members and DC Inspector General Daniel Lucas (who appears to have misrepresented himself as a licensed attorney when he was initially appointed by Bowser).

28. Mayor Bowser is now attempting to appoint her personal friend criminal suspect Niquelle Allen (Director of Office of Open Government at BEGA) as a judge at DC Superior Court. Allen was referred for criminal investigation by DC Department of Human Resources (DCHR) and separately by DC Metropolitan Police Department (MPD) to DC OIG, which obstructed both investigations.

29. BEGA, DC OIG, and DC Office of the the Attorney General are responsible for heinous crimes against Plaintiff, including criminal retaliation and witness intimidation. In fact, all three aforementioned DC Government agencies have covered up the criminal misuse of government office committed by BEGA's then Chief Counsel Johnnie Barton who illegally operated a private law firm and real estate firm out of the BEGA office. In fact, Barton used his government office at BEGA to represent his private clients in DC Superior Court.

30. Defendant US Attorney's Office has been aware of the above for quite some time. Mr. Hooks' excuse that there exists a lack of sufficient funding in his office does not make and demands that Defendants Trump and Bondi provide adequate funding to Defendant US Attorney's Office in order for it to fulfil its legal obligations to Plaintiff and the public.

31. Plaintiff was contacted by the DC Superior Court concerning the investigation of perjury of criminal suspect Niquelle Allen and fraud on the Court. Plaintiff has provided Mr. Hooks with the name of the judge who advised he may notify the US Attorney's Office for referral of criminal investigation.

32. D.C. law provides that quo warranto proceedings challenging the lawful entitlement of an individual to hold public office may be brought by the United States Attorney for the District of Columbia, or by a private relator with leave of court.

33. On September 18, 2025, Plaintiff submitted a written request to the United States Attorney for the District of Columbia seeking initiation of a quo warranto action concerning certain District of Columbia officials who were allegedly appointed through fraud and statutory disqualification.

34. Plaintiff's submission included factual documentation showing material misrepresentations regarding qualifications and legal eligibility for appointment.

35. Despite receipt of the request, the United States Attorney has failed to issue any written response, determination, or refusal.

36. Plaintiff has made reasonable follow-up inquiries and has received no acknowledgment or decision.

37. The continued failure to act prevents Plaintiff from seeking leave of court to proceed as a private relator and effectively nullifies the statutory quo warranto scheme.

38. Mandamus relief is appropriate where a plaintiff demonstrates

    (1) a clear right to relief,

    (2) a clear duty on the part of the defendant to act, and

    (3) the absence of any other adequate remedy.

39. Under the Administrative Procedure Act, a reviewing court shall compel agency action that has been unlawfully withheld or unreasonably delayed.

## Causes of Action

COUNT I – Mandamus (28 U.S.C. § 1361)

40. Defendants have a non-discretionary duty to receive, consider, and issue a determination on a properly submitted quo warranto request.

41. Defendants' prolonged silence constitutes an unlawful refusal to perform a mandatory gatekeeping function contemplated by statute.

42. Plaintiff seeks only an order compelling Defendant to issue a written response or determination, not to compel prosecution.

## COUNT II – APA Failure to Act (5 U.S.C. § 706(1))

43. Defendants' failure to respond constitutes agency action unlawfully withheld.

44. The lack of any response forecloses meaningful judicial review and access to the statutory private-relator remedy

## Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Issue a writ of mandamus directing Defendant to issue a written determination responding to Plaintiff's quo warranto request within a certain time;
B. Declare that Defendant's prolonged failure to act is unlawful;
C. Order that Defendant Pam Bondi (or her delegates) investigate the criminal conduct of DC Government officials and to communicate directly with Plaintiff concerning the possible criminal violations of Letitia James and Karl Racine;
D. Declare that Defendant Trump must use his authority under Home Rule to keep DC Safe;
E. Order Defendants to preserve all records related to Plaintiff's submission;
F. Grant such other relief as the Court deems just.
G. Plaintiff is not seeking any costs associated with this complaint.

Respectfully Submitted,

Tiffany Montgomery

Telephone: (202) 868-0469

Email: GovCrimes@gmail.com

8181 Robinson Jefferson Dr., Apt. 106
Elkridge, MD 21075

December 18, 2025