

# Fraud, Public Corruption, and Civil Rights Section

**Jon Hooks, Chief**
**Kevin Rosenberg, Acting Deputy Chief**

The Fraud, Public Corruption, and Civil Rights Section (FPCCR) is responsible for investigating and prosecuting:

Cyber Crime – including cryptocurrency scams, cryptocurrency money laundering, computer crime/hacking

Fraud on the Government – tax fraud, health care fraud, embezzlement, procurement fraud, and defrauding government programs like pandemic assistance

Fraud on Private Citizens and Organizations – including confidence schemes, romance scams, mortgage fraud, embezzlement, and securities fraud/insider trading

Public Corruption – including bribery of federal and local officials, kickbacks, false statements, conflicts of interest, campaign finance violations, and other corruption

Civil Rights – including violations of a person's constitutionally protected rights, such as law enforcement misconduct, excessive force, and sexual misconduct; and hate crimes, that is, acts of violence or threats of violence motivated by bias based on statutorily protected characteristics.

## Cyber Crime



**FBI ARRESTS ALABAMA MAN IN THE JANUARY 2024 SEC X HACK THAT SPIKED THE VALUE OF BITCOIN**



**OPERATOR OF 'BITCOIN FOG' SENTENCED TO MORE THAN 12 YEARS IN PRISON FOR RUNNING NOTORIOUS MIXER**



**BITFINEX HACKER SENTENCED IN MONEY LAUNDERING CONSPIRACY INVOLVING BILLIONS IN STOLEN CRY**



**OHIO MAN SENTENCED FOR STEALING OVER 712 BITCOIN SUBJECTED TO FORFEITURE**



**UNITED STATES SEIZES MORE THAN $6 MILLION IN ALLEGED PROCEEDS OF A CRYPTO-CONFIDENCE SCHE**



**INDICTMENT CHARGES TWO IN $230 MILLION CRYPTOCURRENCY SCAM**

**Fraud on the Government**



**FORMER DEFENSE CONTRACTOR AND HIS WIFE INDICTED FOR EVADING U.S. TAXES ON PROFITS FROM SEL**



**D.C. MAN SENTENCED TO 10 YEARS IN PRISON FOR ATTEMPTING TO STEAL MORE THAN $31 MILLION IN CO**



**THREE FORMER DEPARTMENT OF HOMELAND SECURITY EMPLOYEES SENTENCED IN SCHEME TO DEFRAUI**



**SIX INDICTED IN SCHEME TO DEFRAUD D.C. MEDICAID PROGRAM**

## Fraud on Private Citizens and Organizations



**VISITING BRAZILIAN ATTORNEY SENTENCED TO PRISON IN INSIDER TRADING**



**DISTRICT-BASED FINANCIAL SERVICES PROFESSIONAL PLEADS GUILTY TO FEDERAL CHARGE OF INSIDER** *



**PURPORTED PSYCHIC SENTENCED TO MORE THAN 10 YEARS IN PRISON FOR OUTRAGEOUS $4 MILLION EX**



**SCHEME TO DEFRAUD DISTRESSED HOMEOWNERS OUT OF $15 MILLION NETS VIRGINIA MAN 60 MONTHS**



**MULTIMILLION DOLLAR SCHEME TO DEFRAUD APPLE INC. OUT OF 6,000 IPHONES NETS PRISON TERMS FO**



**KENYAN CITIZEN GETS 135-MONTH PRISON TERM FOR ADVANCE FEE AND INVESTMENT FRAUD SCHEME IN**

## Public Corruption



**FINAL DEFENDANT SENTENCED IN BRIBERY SCHEME INVOLVING DISTRICT TAX OFFICIAL**



**FORMER MPD OFFICER SENTENCED TO 20 MONTHS IN PRISON FOR SCHEME THAT SOLD PERSONAL DATA (**



**EX-WHITE HOUSE TRADE ADVISOR PETER NAVARRO SENTENCED TO FOUR MONTHS IN PRISON ON TWO CO
CONGRESS**



**D.C. MAN SENTENCED TO FEDERAL PRISON FOR CARRYING OUT CONSPIRACY TO IMPERSONATE FEDERAL I**



**RETIRED FBI SPECIAL AGENT IN CHARGE SENTENCED FOR CONCEALING INFORMATION FROM THE FEDERA**

## Civil Rights



**FORMER MPD SERGEANT SENTENCED TO 60 MONTHS IN PRISON FOR FATALLY SHOOTING A D.C. MOTORIS'**

District of Columbia | Fraud, Public Corruption, and Civil Rights Section | United States Department of Justice



**TWO MPD OFFICERS SENTENCED FOR 2020 MURDER OF KARON HYLTON-BROWN AND SUBSEQUENT COVE**



**FORMER D.C. CORRECTIONS OFFICER SENTENCED FOR CIVIL RIGHTS VIOLATION FOR ASSAULTING A HAND**



**FINAL DEFENDANT SENTENCED FOR FEDERAL CIVIL RIGHTS CONSPIRACY AND FREEDOM OF ACCESS TO C**

 **District of Columbia**

Main Office:
601 D Street, NW
Washington, DC

District of Columbia | Fraud, Public Corruption, and Civil Rights Section | United States Department of Justice

Email USAO-DC

Telephone: (202) 252-7566